# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

134329

EDDIE D. LANG,
      Plaintiff-Appellant,

v

FLINT BOARD OF EDUCATION,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134329
COA: 274635
WCAC: 05-000367

_____/

On order of the Court, the application for leave to appeal the May 22, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

_____
Clerk

t1114